```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLUE CASTLE (CAYMAN) LTD.,

            Plaintiff,

-against-

1767 TP AVE LLC, et al.,

            Defendant.

1:22-cv-9577 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The status conference previously scheduled for August 29, 2023 at 11:00 AM is ADJOURNED to August 30, 2023 at 2:00 PM.

**SO ORDERED.**

**Date:  July 21, 2023**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**