USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLUE CASTLE (CAYMAN) LTD.,

               Plaintiff,

        -against-

1767 TP AVE LLC, VIJAY KHEMRAJ, MOTISOLA
ZULU, NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, SKYLINE RESEARCH GROUP
INC.,

               Defendants.

---

1:22-cv-9577-MKV

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled a Post-Discovery Conference in this matter for August 30, 2023. [ECF Nos. 41, 45.] The Court directed the parties to "submit a joint letter regarding the status of the case" one week before the Conference. [ECF No. 41.] No joint letter was filed.

Accordingly, it is HEREBY ORDERED that on or before August 28, 2023, counsel for both parties shall file a letter showing cause why counsel should not be sanctioned for failing to comply with this Court's Orders. *See Mitchell v. Lyons Pro. Servs., Inc.*, 708 F.3d 463, 467 (2d Cir. 2013).

**SO ORDERED.**

**Date:  August 24, 2023**
     **New York, NY**

                                         **MARY KAY VYSKOCIL**
                                         **United States District Judge**