UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2023
```

BLUE CASTLE (CAYMAN) LTD.,

          Plaintiff,

-against-

1767 TP AVE LLC, VIJAY KHEMRAJ, MOTISOLA ZULU, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, SKYLINE RESEARCH GROUP INC.,

          Defendants.

1:22-cv-9577-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Court held a status conference with the parties on August 30, 2023. As discussed at the Conference, Plaintiff is HEREBY DIRECTED to file a pre-motion letter with respect to its anticipated motion for summary judgment on or before September 6, 2023. Any response by Defendants must be filed on or before September 13, 2023.

      At the parties' request, the Court will enter an Order of Referral to the assigned Magistrate Judge in this case for purposes of settlement. Within three days of any settlement conference, the parties are DIRECTED to file a joint status letter advising the Court of the status (but not substance) of settlement discussions.

      The parties are on notice that this case may be dismissed for failure to prosecute and/or counsel may be sanctioned if the parties fail to comply with this—or any other—Order of the Court. *See Link v. Wabash R. Co.*, 370 U.S. 626, 633–34 (1962); *Mitchell v. Lyons Pro. Servs., Inc.*, 708 F.3d 463, 467 (2d Cir. 2013).

**SO ORDERED.**

**Date: August 30, 2023**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**