UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUE CASTLE (CAYMAN) LTD.,<br><br>        Plaintiff(s),<br><br>    v.<br><br>1767 TP AVE LLC, et al.,<br><br>        Defendant(s). | 22-CV-9577 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

As discussed on the record at the conference held before the Court today, it is hereby ORDERED as follows.

I. **Defendant's Appearance**

Counsel for Defendant Motisola Zulu is ORDERED to file a notice of appearance, and a proposed Answer to the Complaint, on behalf of Unrepresented Defendant 1767 TP Ave LLC by **November 30, 2023, at 11:59 p.m. (E.T.)**. After such appearance has been filed, but no later than **December 14, 2023**, Defendant may file its Motion to Vacate.

II. **Motion for Summary Judgment Briefing Schedule**

Plaintiff's request to file a Motion for Summary Judgment is GRANTED. It is hereby ORDERED that the following deadlines shall apply:

- **Plaintiff's Motion for Summary Judgment**: January 12, 2024
- **Defendant's Opposition**: February 12, 2024
- **Plaintiff's Reply**: March 4, 2024

### III. Defendant's Discovery Request as to Plaintiff

WHEREAS Defendant failed to engage in any discovery prior to the deadlines set forth in the Case Management Plan, ECF No. 41;

WHEREAS Defendant has failed to articulate why good cause justifies its request to send Plaintiff discovery requests now;

It is hereby ORDERED that Defendant's request to reopen discovery with respect to Plaintiff is DENIED.

### IV. Defendant's Discovery Request as to Third Parties

WHEREAS Plaintiff does not object to Defendant's request for third party discovery;

It is hereby ORDERED that Defendant's request to reopen limited discovery with respect to third parties is GRANTED. Such discovery shall close on **January 3, 2024**. The parties are advised that absent extraordinary circumstances, further requests to extend any discovery deadline will be denied.

SO ORDERED.

Dated: November 30, 2023
New York, New York

DALE E. HO
United States District Judge