UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Blue Castle (Cayman) Ltd.,

Plaintiff,

v.

1767 TP Ave LLC, et al.,

Defendants.

22-CV-9577 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the April 13, 2026 letter from Defendants 1767 TP Ave., LLC and Matisola Zulu informing the Court that 1767 TP Ave., LLC has filed a voluntary petition under Chapter 11 of the Bankruptcy Code. ECF No. 101. The Parties are directed to file a joint status letter by no later than **October 9, 2026** regarding proposed next steps in this matter, including whether the filing of the petition has the effect of automatically staying this litigation.

SO ORDERED.

Dated: October 2, 2026
New York, New York

DALE E. HO
United States District Judge